JAMES F. LISOWSKI, SR.,
Panel Bankruptcy Trustee
Nevada Bar No.: 4321
P.O. Box 95695
Las Vegas, NV 89193
(702) 737-6111

RECEIVED & FILED

JUL 6  2 40 PM '11

U.S. BANKRUPTCY COURT
[...] SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:
MARILYN JUAREZ

Address:
  5516 VANSVILLE WAY
  LAS VEGAS, NV  89130

) CASE NO.: BK-S-09-33955 LBR
) Chapter 7 -- Liquidation
)
)
)
)
)
)
)
) Hearing Date: N/A
) Hearing Time: N/A

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 10 | US DEPARTMENT OF EDUCATION<br>PO BOX 65128<br>ST. PAUL, MN 55165 | 757.53 |
|  | TOTAL:  $ | 757.53 |

Dated: 7/5/11

_James F. Lisowski, Sr., Trustee_

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Rec # 202691
$757.53